**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS FLORES-RAMIREZ,<br>    aka "Jose Ramirez,"<br>    aka "Jose Flores,"<br>    aka "Hector Martin-Valenzuela,"<br><br>    Defendant. | Case No. 2:23-mj-831-NJK<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on October 2, 2023 at the hour of 4:00 p.m., be vacated and continued to December 13, 2023, at the hour of 4:00 p.m.

DATED this 2nd day of October, 2023.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE